UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RORY CAVANAUGH WILSON,<br>P. O. Box 58097<br>Washington, DC 20037<br>    PLAINTIFF,<br>vs.<br>DISTRICT OF COLUMBIA, Office of<br>the attorney General, 441 4th<br>Street NW, 8th floor South,<br>Washington, DC 20001; WALMART<br>(WAL-MART STORES, INC.), 5929<br>Georgia Avenue, N.E., Washington,<br>DC 20011); Metropolitan Police<br>Department (MPD), Command Center,<br>300 Indiana Avenue NW,<br>Washington, DC 20001; Police<br>Officer Michael E. Fisher (MPD),<br>and Seven Unknown MPD police<br>Officers - same address as MPD<br>    DEFENDANTS | CIVIL ACTION No._____ |

JURY DEMAND

## COMPLAINT

This action is brought by Plaintiff, Rory Cavanaugh Wilson, (hereinafter, Plaintiff or Mr. Wilson), against the named defendants pursuant to 42 USC 1983 and 1988, 20 DC Code 404 (Assault), and the Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution and other statutes listed below against named and unnamed defendants for damages for assault/battery, false arrest, false imprisonment, false

prosecution, excessive force by MPD police officers, and for violations of his civil rights all causing him pain and suffering, and emotional distress.

## PARTIES

1. The Plaintiff at all times stated herein was a resident of the District of Columbia. He is a disabled man and he walks with a cane.

2. Defendant, District of Columbia controls and operates the Metropolitan Police Department (MPD).

3. Michael E. Fisher and seven unknown police officers are all employed by the MPD.

4. Michael E. Fisher was employed by Walmart wearing his MPD uniform at the time of the incident involved in this complaint. He was also under the general employment of the MPD at the time.

5. Walmart SuperCenter (Wal-Mart Stores, Inc.), 5929 Georgia Avenue NE, Washington, DC.

All parties live work or do business in Washington, DC.

## JURISDICTION AN VENUE

6. Plaintiff makes claims herein under pursuant to 28 USC 19837 1988 and the statutes and laws listed above. Venue is proper under 28 USC 1391. All of the parties live, work or do business in the District of Columbia.

## CAUSE OF ACTION

7. On or about August 3, 2015 around 6:30 PM and thereafter, Mr. Wilson was attempting to shop at Walmart on Georgia Avenue, NE, in Washington, D.C. Police Office Michael E. Fisher was at that time both a member of the MPD and employed by Walmart and was on duty at Walmart. Officer Fisher approached Mr. Wilson and told him that he had to leave the store. While Mr. Wilson was exiting the store using his cane, Officer Fisher pushed him to the ground without cause. Officer Fisher then dragged Mr. Wilson by one foot the rest of the way out of the store.

8. As Mr. Wilson was attempting to leave the area, he wa surrounded by seven other MPD Officers who pulled his hands behind his back, then shoved him to the ground, handcuffed him and arrested him. As a result of these incidents, he was falsely arrested, falsely imprisoned, maliciously prosecuted, and endured pain and suffering and emotional distress. These actions took place throughout the rest of 2015 and part of 2016.

All of these actions by Police officers of MPD were performed while they were on duty and acting under color of law.

All of these actions took place within the District of Columbia.

9. Defendants violated 20 D C Code 404, 42 USC 1983, and Amendments to the U.S. Constitution listed above when they intentionally and/or negligently, carelessly and recklessly assaulted, battered, falsely arrested, falsely imprisoned, maliciously prosecuted and caused pain, suffering and emotional distress to Mr. Wilson on August 3, 2015 and dates following in 2015 and 2016. Their failure to carry out proper procedures were the proximate cause of all of Mr. Wilsons injuries. District of Columbia and Walmart are liable under respondeat superior. Therefore, Mr. Wilson is entitled to damages for all of the above and for punitive damages.

10. WHEREFORE, PLAINTIFF HEREBY demands damages from the District of Columbia in the amount of $1,000,000, from the Metropolitan Police Department in the Amount of !,000,000, from Police Officer Michael E. Fisher in the amount of $1,000,000, and from each of the unknown MPD police Officers in the amount of $100,000.

11. Plaintiff further requests punitive damages, costs, attorney fees, and interest related to all of the above.

12. A Jury trial of 8 persons is hereby demanded.

                                      Respectfully submitted,

                                      */s/ Margaret Anthony*

                                      Margaret Anthony
                                      Counsel for Rory C. Wilson
                                      D.C. Bar No. 366642
                                      7401 eastmoreland Road
                                      Suite 714
                                      Annandale, VA 22003
                                      margaretanthony31@yahoo.com
                                      (571) 263-1573